MAKUTCHAN ROLLER BEARING COMPANY *v.* SCHROEDER.

[No. 8,583.   Filed October 28, 1915.   Rehearing denied December 15, 1915.]

From Lake Superior Court; *Lawrence Becker,* Judge.

*Sidney E. Levy* and *John M. Stinson,* for appellant.
*Fred Barnett* and *Lyle McKinney,* for appellee.

PER CURIAM.—Judgment affirmed.

---

PROSE *v.* ANDERSON ET AL.

[No. 8,751.   Filed December 15, 1915.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

*J. W. Lindley* and *Walker & Blankenbaker,* for appellant.
*Charles D. Hunt, Gilbert W. Gambill* and *Arthur D. Butler,* for appellees.

PER CURIAM.—Judgment affirmed.

---

MODERN WOODMEN OF AMERICA *v.* SCANTLIN.

[No. 8,734.   Filed November 24, 1915.   Rehearing denied February 2, 1916.]

From Warrick Circuit Court; *Roscoe Kiper,* Special Judge.

*Benjamin D. Smith* and *Edmund L. Craig,* for appellant.
*George K. Denton* and *Brill, Hatfield & Brady,* for appellee.

PER CURIAM.—Judgment affirmed.